Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL:  (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorney for Plaintiff, Chrystie Davis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSTIE MORT DAVIS,<br>　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner Of Social Security,<br>　　　Defendant. | Case No.:  2:14-cv-02853-KJN<br><br>ORDER RE: JOINT STIPULATION TO DISMISS CASE |

　　　The above-captioned parties have stipulated to DISMISS all claims in this action.  (ECF No. 14.)  Accordingly, IT IS HEREBY ORDERED that:

　　1. This entire action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party has agreed to bear its own attorney's fees and costs.

　　2. The Clerk of Court shall vacate all dates and close this case.

Dated:  June 25, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE